WHITBECK V. BUILDING MATERIAL COMPANY, appellant.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought in Westchester county by James A. Whitbeck against The Building Material Company to recover damages for a breach of contract by defendant in refusing to receive certain brick sold to it by plaintiff.

*Geo. W. Carpenter*, for appellant.

*David W. Travis*, for respondent.

BARNARD, P. J.

The decision of the referee was sustained upon the ground that the case presented only a question of fact which had been decided by the referee on conflicting evidence.

*Judgment affirmed.*